UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

LEVI TENNENHAUS and
MENACHEM LIGHT,

      Plaintiffs,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

      Defendant.

                              /

## NOTICE OF REMOVAL

Defendant, Westchester Surplus Lines Insurance Company ("Westchester"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this case from the Circuit Court of the Seventieth Judicial Circuit, in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, and states as follows:

1.      Plaintiffs, Levi Tennenhaus and Menachem Light, commenced this action by filing a Complaint in the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida, Case No. CACE-20-019046. A copy of the Complaint and docket is attached as Composite Exhibit A.

2.      Defendant, Westchester, was served on November 19, 2020.

**Diversity of Citizenship**

3.      The Complaint alleged Plaintiff Levi Tennenhaus is a resident of the State of Florida.

4.    The Complaint alleges Plaintiff Menachem Light is a resident of the State of Florida.

5.    "Citizenship is equivalent to 'domicile' for purposes of diversity jurisdiction. A person's domicile is the place of his true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." *McCormick v. Aderholt*, 293 F.3d 1254, 1257-58 (11th Cir. 2002) (internal citations omitted) (quotation marks omitted).

6.    According to Fla. Stat. § 196.031, "[a] person who as of January 1, has the legal title or beneficial title in equity to real property in this state and who in good faith makes the property his or her permanent residence" is entitled to a homestead exemption.

7.    According to Fla. Stat. § 196.012(16), a "permanent resident" is defined as "a person who has established a permanent residence as defined in subsection (17)."  Fla. Stat. § 196.012(17) defines "permanent residence" as "that place where a person has his or her true, fixed, and permanent home and principal establishment to which, whenever absent, he or she has the intention of returning. A person may have only one permanent residence at a time; and, once a permanent residence is established in a foreign state or country, it is presumed to continue until the person shows that a change has occurred."

8.    Broward County Records, Taxes & Treasury records reflect that Levi Tennenhaus claimed a homestead exemption in the State of Florida in 2019 and 2020 is attached as Exhibit B.

9.    Broward County Records, Taxes & Treasury records reflect that Menachem Light claimed a homestead exemption in the State of Florida in 2019 and 2020 is attached as Exhibit C.

2

10.     By establishing homestead in Broward County, Florida, Plaintiffs have necessarily submitted that they are permanent residents of the State of Florida and have the intention of returning whenever they are absent therefrom.

11.     Accordingly, Plaintiffs are therefore citizens of the State of Florida.

12.     Defendant, Westchester, is an insurance company incorporated in the State of Georgia with principal place of business in Philadelphia, Pennsylvania.[1]

### Amount in Controversy

13.     The Complaint alleges that this is an action for damages in excess of $30,000.00, excluding interest, costs, and attorney's fees.[2]

14.     The Civil Cover Sheet filed by the Plaintiffs state that the "amount of claim" is "over $100,000.00."[3]

15.     The Plaintiffs allege that they are insured under an insurance policy issued by Westchester bearing policy number F14623140, with policy period from November 16, 2019 through November 16, 2020 ("Policy").[4]

16.     Plaintiffs allege that the Policy insures certain real property located at 1124 NE 6 St., Hallandale Beach, FL 33009 ("Property").

17.     Plaintiffs allege that on or about May 25, 2020, there was a physical loss to the Property caused by a rainstorm/windstorm event.[5]

---

[1] A copy of the Florida Office of Insurance Regulation Company Director results for Westchester Surplus Lines Insurance Company is attached as Exhibit D.

[2] Compl. ¶ 1.

[3] Civil Cover Sheet.

[4] Compl. ¶ 7.

[5] Compl. ¶ 10.

LEGAL\50081647\1

18.     In connection with their claim, Plaintiffs submitted to Westchester a Partial Sworn Statement in Proof of Loss that reflects a post-deductible amount claimed of $108,972.69. A copy of the Partial Sworn Statement in Proof of Loss is attached as Exhibit E.

19.     Westchester has not issued payment for the subject insurance claim.

20.     Accordingly, Westchester has a good faith belief that the amount in controversy is in excess of $75,000, exclusive of interest and costs.

21.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

22.     A copy of this Notice will promptly be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

WHEREFORE, Westchester Surplus Lines Insurance Company hereby removes this action to this Court.

Respectfully submitted,

**COZEN O'CONNOR**


By:     /s/ John David Dickenson
        John David Dickenson, Esq.
        Florida Bar No. 575801
        Email:  jdickenson@cozen.com
        Chad A. Pasternack, Esq.
        Florida Bar No. 117885
        Email:  cpasternack@cozen.com
        One North Clematis Street, Suite 510
        West Palm Beach, FL 33401
        Telephone:  561-515-5250
        Facsimile:  561-515-5230
        *Attorneys for Defendant, Westchester Surplus Lines Insurance Company*

LEGAL\50081647\1

5

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 18, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List by Electronic Mail.

/s/ John David Dickenson
John David Dickenson

**SERVICE LIST**
*Attorneys for Plaintiff*
Chaim Zev Fellig
Howard J. Levine
LEVINE & FELLIG, P.A.
1560 Lenox Avenue, Suite 307
Miami Beach, FL 33139
Telephone: (305) 534-0403
Email: hlevine@levinefelliglaw.com
zfellig@levinefelliglaw.com

LEGAL\50081647\1