# EXHIBIT "C"



Search  >  Account Summary  >  Bill Details

# Real Estate Account #514222-28-0100



**Owner:**

LIGHT,MENACHEM

**Situs:**

1321 S 16 AVE

(i)  Parcel details

## 2019 Annual bill

**BROWARD COUNTY RECORDS, TAXES & TREASURY DIV.**

**Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

TaxSys - Broward County Records, Taxes & Treasury Div

| BILL | AMOUNT DUE |
|---|---|
| **2019 Annual Bill** | $0.00 |

## PAID

**Print (PDF)**

**If paid by:**
Nov 30, 2019

**Please pay:**
$0.00

Combined taxes and assessments: $2,768.32

PAYMENTS MUST BE MADE IN US FUNDS AND DRAWN ON US BANK ACCOUNT.

## Ad Valorem Taxes

| MILLAGE | TAX |
|---|---|
| **21.25660** | **$2,483.32** |

## Non-Ad Valorem Assessments

**AMOUNT**
**$285.00**

## Parcel details

| | |
|---|---|
| **Owner:** | LIGHT,MENACHEM |
| **Situs:** | 1321 S 16 AVE |
| **Account:** | 514222-28-0100 |
| **Alternate Key:** | 707933 |
| **Millage code:** | 0513 - HOLLYWOOD 0513 |
| **Millage rate:** | 21.25660 |
| **Assessed value:** | $158,900 |
| **School assessed value:** | $158,900 |

### 2019 ANNUAL BILL

| | |
|---|---|
| **Ad valorem:** | $2,483.32 |
| **Non-ad valorem:** | $285.00 |
| **Total Discountable:** | $2,768.32 |
| **No discount NAVA:** | $0.00 |
| **Total tax:** | $2,768.32 |

TaxSys - Broward County Records, Taxes & Treasury Div

**LEGAL DESCRIPTION**

SUNSET TRAILS NO 5 25-46 B LOT 10 BLK 1

**LOCATION**

| | |
|---|---|
| **Book, page, item:** | -- |
| **Property class:** | |
| **Township:** | 51 |
| **Range:** | 42 |
| **Section:** | 22 |
| **Use code:** | 01 |

**EXEMPTIONS**

| | |
|---|---|
| **SECOND HX EX/COUNTY** | $25,000 |
| **SECOND HX CITY/DEP** | $25,000 |
| **SECOND HX/INDEP** | $25,000 |
| **HOMESTEAD EXEMPTION** | $25,000 |

**ADDITIONAL LINKS**

## GIS
## Property Appraiser

**Broward County Records, Taxes & Treasury Div.**

Broward County Tax Collector 115 S. Andrews Ave. Room A100 Fort Lauderdale, FL 33301

© 2019–2020 Grant Street Group. All rights reserved.



Search  >  Account Summary  >  Bill Details

# Real Estate Account #514222-28-0100



**Owner:**

LIGHT,MENACHEM

**Situs:**

1321 S 16 AVE

ⓘ Parcel details

## 2020 Annual bill

**BROWARD COUNTY RECORDS, TAXES & TREASURY DIV.**

**Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | AMOUNT DUE |
|---|---|
| **2020 Annual Bill** | $0.00 |

## PAID

**Print (PDF)**

**If paid by:**
Nov 30, 2020

**Please pay:**
$0.00

Combined taxes and assessments: $2,808.74

PAYMENTS MUST BE MADE IN US FUNDS AND DRAWN ON US BANK ACCOUNT.

## Ad Valorem Taxes

**MILLAGE**
20.97840

**TAX**
$2,523.74

## Non-Ad Valorem Assessments

**AMOUNT**
$285.00

## Parcel details

| | |
|---|---|
| **Owner:** | LIGHT,MENACHEM |
| **Situs:** | 1321 S 16 AVE |
| **Account:** | 514222-28-0100 |
| **Alternate Key:** | 707933 |
| **Millage code:** | 0513 - HOLLYWOOD 0513 |
| **Millage rate:** | 20.97840 |
| **Escrow company:** | BAYVIEW LOAN SERVICING LLC (CL-0011085)<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 |
| **Assessed value:** | $162,550 |
| **School assessed value:** | $162,550 |

### 2020 ANNUAL BILL

| | |
|---|---|
| **Ad valorem:** | $2,523.74 |
| **Non-ad valorem:** | $285.00 |
| **Total Discountable:** | $2,808.74 |

**No discount NAVA:** $0.00

**Total tax:** $2,808.74

**LEGAL DESCRIPTION**

SUNSET TRAILS NO 5 25-46 B LOT 10 BLK 1

**LOCATION**

**Book, page, item:** --

**Property class:**

**Township:** 51

**Range:** 42

**Section:** 22

**Use code:** 01

**EXEMPTIONS**

**SECOND HX EX/COUNTY** $25,000

**SECOND HX CITY/DEP** $25,000

**SECOND HX/INDEP** $25,000

**HOMESTEAD EXEMPTION**                                                              $25,000

**ADDITIONAL LINKS**

<u>GIS</u>
<u>Property Appraiser</u>

**Broward County Records, Taxes & Treasury Div.**
Broward County Tax Collector 115 S. Andrews Ave. Room A100 Fort Lauderdale, FL 33301

© 2019–2020 Grant Street Group. All rights reserved.