UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-62610-WPD

LEVI TENNENHAUS and
MENACHEM LIGHT,

        Plaintiffs,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

        Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Levi Tennenhaus and Menachem Light, and Defendant, Westchester Surplus

Lines Insurance Company, hereby notify the Court that this matter has been resolved by settlement.

The parties will file a joint stipulation for dismissal within five (5) days of the Plaintiffs' receipt

of the settlement funds.

Respectfully submitted,

**LEVINE & FELLIG, P.A.**

By:   /s/ *Chaim Zev Fellig*
Chaim Zev Fellig
Florida Bar No. 1003861
Email:zfellig@levinefelliglaw.com
Howard J. Levine
Florida Bar No. 0075670
Email: hlevine@levinefelliglaw.com
1560 Lenox Avenue, Suite 307
Miami Beach, FL 33139
Telephone: (305) 534-0403

**COZEN O'CONNOR**

By:   /s/ *John David Dickenson*
John David Dickenson
Florida Bar No. 575801
Email:  jdickenson@cozen.com
Chad A. Pasternack
Florida Bar No.117885
Email:  cpasternack@cozen.com
One North Clematis Street, Suite 510
West Palm Beach, FL 33401
Telephone:  561-515-5250

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List by Electronic Mail.

/s/ John David Dickenson
John David Dickenson

**SERVICE LIST**
*Attorneys for Plaintiff*
Chaim Zev Fellig
Howard J. Levine
LEVINE & FELLIG, P.A.
1560 Lenox Avenue, Suite 307
Miami Beach, FL 33139
Telephone: (305) 534-0403
Email: hlevine@levinefelliglaw.com
zfellig@levinefelliglaw.com

2